1  Jeremy T. Bergstrom, Esq.                                      E-filed on July 17, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-93330

5  Attorneys for Secured Creditor
   HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF THE LUMINENT MORTGAGE
6  TRUST 2006-2 TRUST FUND

7                    **UNITED STATES BANKRUPTCY COURT**
                          **DISTRICT OF NEVADA**
8
   In Re,                                    BK No.: BK-S-09-18376-LBR
9
   CAROL A SANTIAGO,                          Chapter 7
10
                    Debtor(s).               **REQUEST FOR SPECIAL NOTICE**
11
12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF

   OF THE LUMINENT MORTGAGE TRUST 2006-2 TRUST FUND, requests that all notices
15
   given in this case and all papers served or required to be served in this case (including, but not
16
   limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-
17
   Asset Report), be given to and served upon the undersigned at the following address and
   telephone number.
18
         Jeremy T. Bergstrom, Esq.
19       MILES, BAUER, BERGSTROM & WINTERS, LLP
         2200 Paseo Verde Pkwy., Suite 250
20       Henderson, NV  89052
         PH (702) 369-5960
21
                         MILES, BAUER, BERGSTROM & WINTERS, LLP
22
   Dated:    July 16, 2009          By:    /s/ Jeremy T. Bergstrom, Esq.
23                                         Jeremy T. Bergstrom, Esq.
                                           Attorney for Secured Creditor
24

                                      1

1

## <u>CERTIFICATE OF MAILING</u>

2    The undersigned hereby certifies that on ___July 17, 2009_____, a copy of the

3    **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4    true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5    States Mail, addressed as follows:

6    <u>ATTORNEY FOR DEBTOR</u>:
     Zachariah Larson
7    810 S. Casino Center Blvd. Ste. 104
     Las Vegas, NV 89101

8
     <u>CHAPTER 7 TRUSTEE</u>:
9    James F. Lisowski, Sr.
     P.O. Box 95695
10   Las Vegas, NV  89193

11    I declare under penalty of perjury under the laws of the State of Nevada that the

12   foregoing is true and correct.

13    _____/s/ Sara Aslinger_____
     An Employee of Miles, Bauer, Bergstrom & Winters, LLP

14   **(09-93330/rfsnlv.dot/sla)**

15

16

17

18

19

20

21

22

23

24